EVELYN B. BOGAN *v.* THOMAS G. BOGAN

The motion by the defendant for a review of the order of the Superior Court in Tolland County terminating the stay of execution of judgment is denied.

*Sanford J. Plepler,* in support of the motion.

Submitted November 13—decided November 30, 1965

JENNIE TERRASI *v.* CHARLES ANDREWS

The motion by the defendant for a reconsideration of the order denying certification for appeal from the Appellate Division of the Circuit Court is denied.

*Herman D. Silberberg,* in support of the motion.

Submitted November 19—decided November 30, 1965

TOWN OF MONROE *v.* GERTRUDE M. TOOTHILL

The motion by the plaintiff to dismiss the appeal from the Superior Court in Fairfield County is granted.

*Frederick A. Freedman,* for the appellee (plaintiff).

*Raphael Korff,* for the appellant (defendant).